

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Leon Peavy | Civil Action No.   23-cv-00563-AHG |
| Plaintiff, | |
| V. | |
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court resolves the parties' Joint Motion for Judicial Review (ECF No. 13) in Plaintiff's favor. The Court hereby REVERSES the Commissioner's decision pursuant to sentence four of 42 U.S.C. § 405(g), and REMANDS this action for calculation and award of benefits to Plaintiff. Case is closed.

Date:   3/29/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ L. Sotelo
L. Sotelo, Deputy